## Commonwealth ex rel. Goldberg *v.* Goldberg, Appellant.

Argued March 22, 1973.  *I. Raymond Kremer*, with him *Gilbert I. Yaros*, and *Kremer, Krimsky & Luterman*, for appellant; *John D. Egnal*, with him *Michael Egnal*, and *Egnal & Egnal*, for appellee.

Appeal quashed.

## Commonwealth ex rel. Herbert *v.* Herbert, Appellant.

Argued March 20, 1973.  *Stephen B. Harris*, with him *Harris and Harris*, for appellant; *John Francis Gough*, with him *White and Williams*, for appellee.

Order affirmed.